upon condition that appellant perfect the appeal for Monday, November 4, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Hagarty, Seeger and Scudder, JJ.

CHELSEA EXCHANGE BANK, Respondent, v. METTA WEINSTEIN, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion to resettle order denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

NELLIE E. CONE, Appellant, v. MAX G. NIMAN, Respondent.— Motion for leave to exclude exhibit from case on appeal granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

FRANCIS E. DE RAISMES, Landlord, Respondent, v. HAROLD L. R. THOMAS, Tenant, Appellant, and JOSEPHINE DOWNS and " MARY " ELLIS, the First Name " Mary " Fictitious, etc., Undertenants.— Motion for stay granted. New bond to be given or old bond continued with the consent of the surety company. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ. Settle order on notice.

ANNIE DUBOFF, Respondent, v. THOMAS J. WARD, Appellant, and Others, Defendants.— Motion to dismiss appeal denied, upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within five days from the entry of the order herein appellant give an undertaking, with corporate surety, sufficient to indemnify respondent in the event of a deficiency judgment; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ. Settle order on notice.

STEPHANO FERRARO, Respondent, v. MARRILLARD BUILDERS, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

STEPHANO FERRARO, Respondent, v. HENRY WEISSMAN, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ANNA FRANK, Individually and as Sole Executrix, etc., of ALFRED FRANK, Deceased, Respondent, v. FRONT MAIN STREET CORPORATION, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

WOLF GELBAND, Appellant, v. WILLIAM LAUBE COMPANY, INC., Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Probate of the Last Will and Testament of JAMES F. BARGER, Deceased. SAMUEL BARGER, Appellant; JAMES BARGER and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, as unnecessary. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ